ACCEPTED
03-15-00429-CV
7052075
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 1:21:55 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00429-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 1:21:55 PM
JEFFREY D. KYLE
Clerk

Dennis Draper, Greg Hadley, and Charles Huston,

Appellants,

v.

Austin Manufacturing Services, I, Inc.,

Appellee.

On Appeal from No. D-1-GN-09-004416, in the 353rd Judicial District Court, Travis County
Honorable Orlinda Naranjo, Presiding

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANTS**

TO THE HONORABLE COURT OF APPEALS:

Appellants Dennis Draper, Greg Hadley, and Charles Huston (the Individual Guarantors) file this Second Unopposed Motion for Extension of Time to File their Brief of Appellants, and in support states as follows:

1.      Appellants' brief is currently due on September 23, 2015.  Appellants seek a seven-day extension of the deadline, and request that the deadline be

1

extended to September 30, 2015.  This is Appellants' second request for an extension.

2.      The extension is sought to correct a defect in the record.  Upon finalizing the Brief of Appellants, it became apparent that the transcript for the proceedings for the afternoon of April 15, 2015 are not included in Volume 2 of the Reporter's Record, which only contains the proceedings from the morning session of trial.  This oversight was not initially detected because while drafting the brief of Appellants counsel worked off of the unofficial version of the transcript for the afternoon proceedings rather than the official volume.  Only when citations were being inserted did the omission become apparent.  The transcripts of the proceedings were properly requested and timely paid for – it appears that the failure to include both segments of the day's proceedings was simply an oversight.

3.      The extension will permit the Appellants' Brief to be filed with correct citations to the official record, which should aid both the court and opposing counsel.  No party will be prejudiced by this extension.

4.      The undersigned has been in contact with the official court reporter who indicated that a supplemental reporter's record will be filed in the immediate future.

5.      This motion is not opposed.

## PRAYER FOR RELIEF

Appellants thus respectfully request that this Court grant the extension until September 30, 2015.

Respectfully submitted,

*/s/ Michael S. Truesdale*
Michael S. Truesdale

LAW OFFICE OF MICHAEL S. TRUESDALE, PLLC
State Bar No. 00791825
801 West Avenue, Suite 201
Austin, TX 78701
512-482-8671
866-847-8719 (fax)
mike@truesdalelaw.com
Counsel for Dennis Draper, Greg Hadley and Charles Huston

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Christopher Kratovil (appellate counsel for Appellee Austin Manufacturing Services I, Inc.) and was informed that he does not oppose the relief requested herein.

*/s/ Michael S. Truesdale*
Michael S. Truesdale

**CERTIFICATE OF SERVICE**

On September 23, 2015, the undersigned certifies that he served a copy of this Motion for Extension of Time on the following via e-service, in compliance with Texas Rules of Appellate Procedure 9.5 and 25.1(e):

Brian A. Colao
bcolao@dykema.com
Christopher Kratovil
ckratovil@dykema.com
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201

Counsel for Appellee Austin Manufacturing Services

Shane M. Boasberg
shaneb@law-smb.com
The Law Offices of Shane M. Boasberg, P.C.
2901 Bee Caves Road, Commissioner's House, Box E
Austin, Texas 78746

Counsel for Assistant Pro, Inc., TQI Corporation, and Darryl Cornish

*/s/ Michael S. Truesdale*
Michael S. Truesdale
SBN 00791825